# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**EVANGELINA PEARSON,**

        **Plaintiff,**

v.   Case No. 23-2288-DDC

**KANSAS DEPARTMENT OF CORRECTIONS,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 40) filed on December 3, 2024.**

   12/03/2024                                                SKYLER B. O'HARA
       Date                                                      CLERK OF THE DISTRICT COURT

                                                                         by:   s/ Megan Garrett
                                                                                   Deputy Clerk